IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 4:06CR3183 |
| Plaintiff, | ) |
| | ) ORDER FOR WRIT OF |
| vs. | ) HABEAS CORPUS AD PROSEQUENDUM |
| | ) |
| JEROME GUYTON, | ) |
| | ) |
| Defendant. | ) |

IT IS ORDERED that a Writ of Habeas Corpus Ad Prosequendum (Filing No. 4) be issued as requested.

DATED this 20th day of December, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge